1116

No. 00–7065. JEFFRIES v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 00–7074. RUFFIN v. CHAPMAN, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 00–7079. SPENCER v. SENKOWSKI, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 00–7081. PRIDE v. WARD, SUPERINTENDENT, AVON PARK CORRECTIONAL INSTITUTION, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–7083. LABOY v. SNYDER, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 00–7086. VICTORY v. CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 00–7087. WALKER v. TERHUNE, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–7088. WRIGHT v. DEES, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–7091. CLARK v. STINSON, SUPERINTENDENT, GREAT MEADOW CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 00–7094. PAREDES v. JOHNSON, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 00–7099. MILLER v. LOJAC ENTERPRISES, INC. C. A. 6th Cir. Certiorari denied.

No. 00–7104. ROMINE v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 00–7107. BARAHL v. YUKINS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00–7112. PADILLA v. DORSEY, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 00–7118. WATLEY v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.